IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEAN DOVIN,**  Plaintiff,  v.  **CHESTER COUNTY DEPARTMENT OF AGING SERVICES, et al.**,  Defendants. | **CIVIL ACTION**  **NO. 21-3175-KSM** |

## ORDER

**AND NOW** this 31st day of August, 2023, upon consideration of Plaintiff's Motion requesting a temporary restraining order (Doc. No. 8) and Plaintiff's Motion requesting a preliminary injunction (Doc. No. 14), it is **ORDERED** that the motions are **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.